LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
JESSICA A. GREEN, ESQ.
Nevada Bar No. 12383
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500
(702) 382-1512 - fax
jgarin@lipsonneilson.com
jgreen@lipsonneilson.com

SIMMONDS & NARITA, LLP
LEANNE YU, ESQ. (*pro hac vice pending*)
44 Montgomery Street, Suite 3010
San Francisco, CA 94104
(415) 283-1010
LYu@snllp.com

*Attorneys for Defendant Alorica, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CARISSA CHRISTENSEN | Case No.: 2:20-cv-00015-KJD-BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR DEFENDANT ALORICA, INC., TO RESPOND TO THE COMPLAINT [ECF NO. 1]** |
| ALORICA, INC.; GC SERVICES, LP; and CONVERGENT OUTSOURCING, INC. | |
| Defendants. | **(First Request)** |

    **IT IS HEREBY STIPULATED** by and between Plaintiff Carissa Christensen and Defendant Alorica, Inc., through their respective counsel of record, that the time for Alorica, Inc., to file and serve a response to Plaintiff's Complaint [ECF No. 1] should be extended from February 4, 2020, to February 18, 2020.

    This is the first request for extension from the original due date.

///

///

///

Lipson Neilson P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 FAX: (702) 382-1512

1        Pursuant to Local Rule 6-1(b), the parties state the reason for the extension is

2 that counsel for Alorica, Inc., requires additional time to evaluate and to respond to

3 Plaintiff's Complaint. The parties have entered into this stipulation in good faith and not

4 for the purpose of delay.

5 DATED this 20th day of January, 2020.    DATED this 20th day of January, 2020.

6 PRICE LAW GROUP, APC         LIPSON NEILSON P.C.

7 */s/ David Chami*           */s/ Jessica A. Green*

By:_____   By:_____

8 STEVEN ALPERT, ESQ.         JOSEPH P. GARIN, ESQ.

Nevada Bar No. 8353          Nevada Bar No. 6653

9 DAVID CHAMI, ESQ.          JESSICA A. GREEN, ESQ.

Nevada Bar No. 12383

10 5940 S. Rainbow Blvd.        9900 Covington Cross Drive

Suite 3014               Suite 120

11 Las Vegas, NV 89118         Las Vegas, Nevada 89144

12 *Attorneys for Plaintiff Carissa*  SIMMONDS & NARITA, LLP

*Christensen*               LEANNE YU, ESQ. (*pro hac vice*

13 *pending*)

14 44 Montgomery Street, Suite 3010

San Francisco, CA 94104

15 *Attorneys for Defendant Alorica, Inc.*

16

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

Lipson Neilson P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 FAX: (702) 382-1512

**STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR DEFENDANT ALORICA, INC. TO RESPOND TO THE COMPLAINT [ECF NO. 1]**

**Case No.: 2:20-cv-00015-KJD-BNW**
**Christensen v. Alorica, et al**

**ORDER**

Based on the foregoing Stipulation of the parties, and good cause appearing,

**IT IS HEREBY ORDERED** that the time for Alorica, Inc., to file and serve a response to Plaintiff's Complaint [ECF No. 1] shall be, and the same is hereby, extended from February 4, 2020, to February 18, 2020.

**IT IS SO ORDERED**

**DATED: January 21, 2020**

**BRENDA WEKSLER**

Respectfully submitted by: **UNITED STATES MAGISTRATE JUDGE**

LIPSON NEILSON P.C.

*/s/ Jessica A. Green*

By:_____
    JOSEPH P. GARIN, ESQ.
    Nevada Bar No. 6653
    JESSICA A. GREEN, ESQ.
    Nevada Bar No. 12383
    9900 Covington Cross Drive, Suite 120
    Las Vegas, Nevada 89144

    SIMMONDS & NARITA, LLP
    LEANNE YU, ESQ. (*pro hac vice pending*)
    44 Montgomery Street, Suite 3010
    San Francisco, CA 94104

    *Attorneys for Defendant*
    *Alorica, Inc.*