1 | GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
2 | GINA M. MUSHMECHE, ESQ.
Nevada Bar No. 11611
3 | KRAVITZ, SCHNITZER, &
JOHNSON, CHTD
4 | 8985 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
5 | Telephone: 702-362-6666
Facsimile: 702-362-2203
6 | gmushmeche@kssattorneys.com
gschnitzer@ksjattorneys.co m
7 | Attorneys for Defendant iEnergizer, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CARISSA CHRISTENSEN, | Case No. 2:20-cv-00015-KJD-BNW |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER EXTENDING DEADLINE FOR IENERGIZER, INC. TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| ALORICA, INC.; IENERGIZER; AND CONVERGENT OUTSOURCING, INC., | |
| Defendants. | |
| | [**FIRST REQUEST FOR EXTENSION**] |

COMES NOW, Defendant iEnergizer, Inc., incorrectly named in the First Amended Complaint and sued as "iEnergizer" ("Defendant"), and Plaintiff, Carissa Christensen ("Plaintiff"), by and through their respective counsel of record, stipulate and agree to extend the deadline to April 13, 2020, for Defendant to answer or otherwise plead in response to Plaintiff's First Amended Complaint.

This is the Defendant's first request for an extension, which is requested from Plaintiff in order to allow Defendant time to investigate the factual allegations of the First Amended Complaint. Plaintiff has no opposition to Defendant's request for an extension.

//

//

No additional requests for extensions are contemplated.

**IT IS SO STIPULATED.**

DATED this 20 day of March, 2020.

| PRICE LAW GROUP, APC | KRAVITZ, SCHNITZER & JOHNSON, CHTD |
|---|---|
| /s/ Steven Alpert | /s/ Gina M. Mushmeche |
| Steven Alpert, Esq.<br>Nevada Bar No. 8353<br>5940 S. Rainbow Blvd., Suite 3014<br>Las Vegas, NV 89118<br>Telephone: 702-794-2008<br>alpert@pricelawgroup.com<br>*Attorneys for Plaintiff* | Gary E. Schnitzer, Esq.<br>Nevada Bar No. 395<br>Gina M. Mushmeche, Esq.<br>Nevada Bar No. 11611<br>8985 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89123<br>Tel: 702-362-6666<br>gmushmeche@ksjattorneys.com<br>gschnitzer@ksjattorneys.com<br>*Attorneys for Defendant iEnergizer, Inc.* |

**IT IS SO ORDERED**

**DATED:** March 23, 2020

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2