| | |
|---|---|
|GINA M. MUSHMECHE, ESQ.<br>Nevada Bar No. 11611<br>KRAVITZ, SCHNITZER, &<br>JOHNSON, CHTD<br>8985 S. Eastern Avenue, Suite 200<br>Las Vegas, NV 89123<br>Telephone: 702-362-6666<br>Facsimile: 702-362-2203<br>gmushmeche@kssattorneys.com<br>*Attorneys for Defendant iEnergizer, Inc.*| |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
|CARISSA CHRISTENSEN,<br><br>    Plaintiff,<br><br>v.<br><br>ALORICA, INC.; IENERGIZER; AND CONVERGENT OUTSOURCING, INC.,<br><br>    Defendants.|Case No. 2:20-cv-00015-KJD-BNW<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR IENERGIZER, INC. TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>[**SECOND REQUEST FOR EXTENSION**]|

COMES NOW, Defendant iEnergizer, Inc., incorrectly named in the First Amended Complaint and sued as "iEnergizer" ("Defendant"), Defendant Alorica, Inc. and Plaintiff, Carissa Christensen ("Plaintiff"), by and through their respective counsel of record, stipulate and agree to extend the deadline to April 27, 2020, for Defendant to answer or otherwise plead in response to Plaintiff's First Amended Complaint.

This is the Defendant's second request for an extension, which is requested from Plaintiff in order to allow Defendant additional time to investigate the factual allegations of the First Amended Complaint and for the Parties to explore the possibility of a resolution. Plaintiff has no opposition to Defendant's request for an extension.

No additional requests for extensions are contemplated.

**IT IS SO STIPULATED.**

DATED this 10th day of April, 2020.

| PRICE LAW GROUP, APC | KRAVITZ, SCHNITZER & JOHNSON, CHTD |
|---|---|
| */s/ Steven Alpert* <br> Steven Alpert, Esq. <br> Nevada Bar No. 8353 <br> 5940 S. Rainbow Blvd., Suite 3014 <br> Las Vegas, NV 89118 <br> Telephone: 702-794-2008 <br> alpert@pricelawgroup.com <br> *Attorneys for Plaintiff* | */s/ Gina M. Mushmeche* <br> Gina M. Mushmeche, Esq. <br> Nevada Bar No. 11611 <br> 8985 S. Eastern Avenue, Suite 200 <br> Las Vegas, Nevada 89123 <br> Telephone: 702-362-6666 <br> gmushmeche@ksjattorneys.com <br> *Attorneys for Defendant iEnergizer, Inc.* |

LIPSON NEILSON P.C.

*/s/ Jessica A. Green*
Jessica A. Green, Esq.
Nevada Bar No. 12383
9900 Covington Cross Dr., Ste. 120
Las Vegas, NV 89114
Telephone: 702-382-1500
jgreen@lipsonneilson.com
*Attorneys for Defendant Alorica, Inc.*

**IT IS SO ORDERED**

**DATED: April 13, 2020**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2