LEONARD T. FINK, ESQ.
Nevada Bar No. 6296
RAVEN YIM, ESQ.
Nevada Bar No. 14972
**SPRINGEL & FINK LLP**
10655 Park Run Drive, Suite 275
Las Vegas, Nevada 89144
Telephone: (702) 804-0706
Facsimile: (702) 804-0798
E-Mail: *lfink@springelfink.com*

Attorneys for Defendant,
*Convergent Outsourcing, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CARISSA CHRISTENSEN,<br><br>Plaintiff,<br><br>vs.<br><br>ALORICA, INC.; IENERGIZER; AND CONVERGENT OUTSOURCING, INC.,<br><br>Defendant. | Case No.: 2:20-CV-00015-KJD-BNW |

## **STIPULATION AND ORDER TO EXTEND DEFENDANT CONVERGENT OUTSOURCING, INC.'S TIME TO RESPOND TO COMPLAINT**

COMES NOW, Defendant CONVERGENT OUTSOURCING, INC. ("CONVERGENT") and Plaintiff CARISSA CHRISTENSEN ("PLAINTIFF")(collectively, the "Parties"), stipulate and agree as follows:

1. That CONVERGENT requires additional time to investigate PLAINTIFF's allegations and respond to PLAINTIFF's Complaint. This is CONVERGENT's first request for an extension; and

2. That the Parties hereby stipulate to extend CONVERGENT's time to respond to the Complaint until April 30, 2020.

- 1 -

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that CONVERGENT's response to PLAINTIFF's Complaint shall be filed on or before April 30, 2020.

Dated this 13th day of April, 2020.

| PRICE LAW GROUP, APC | SPRINGEL & FINK LLP |
|---|---|
| /s/ Steven Alpert | /s/ Leonard T. Fink |
| By: _____ <br> STEVEN ALPERT, ESQ. <br> NEVADA BAR NO. 8353 <br> 5940 S. RAINBOW BLVD. <br> SUITE 3014 <br> LAS VEGAS, NV 89118 <br><br> *Attorneys for Plaintiff* | By:_____ <br> LEONARD T. FINK, ESQ. <br> NEVADA BAR NO. 6296 <br> RAVEN YIM, ESQ. <br> NEVADA BAR NO. 14972 <br> 10655 PARK RUN DRIVE, SUITE 275 <br> LAS VEGAS, NEVADA 89144 <br><br> *Attorneys for Defendant CONVERGENT OUTSOURCING, INC.* |

**IT IS SO ORDERED**

**DATED: April 14, 2020**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

**STIPULATION AND ORDER TO EXTEND DEFENDANT CONVERGENT OUTSOURCING, INC.'S TIME TO RESPOND TO COMPLAINT**

# CERTIFICATE OF SERVICE
## *CARISSA CHRISTENSEN v. ALORICA, INC.*
## Case No.: 2:20-CV-00015-KJD-BNW

Pursuant to FRCP 5(b), on **April 13, 2020** the foregoing document entitled: *STIPULATION AND ORDER TO EXTEND DEFENDANT CONVERGENT OUTSOURCING, INC.'S TIME TO RESPOND TO COMPLAINT* was served as follows:

__X__ **VIA E-SERVICE**: served upon each of the parties via electronic service through the United States District Court for the District of Nevada's CM/ECF system pursuant to LR 4-1 to those participating in the Court's electronic filing system, as follows:

_____ **VIA U.S. MAIL:** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas Nevada. I am "readily familiar" with the firm's practice of collection and processing correspondence by mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage fully prepaid at Las Vegas, Nevada in the ordinary course of business, addressed as follows:

By: */s/ Ella Wilczynski*
An employee of SPRINGEL & FINK LLP

**STIPULATION AND ORDER TO EXTEND DEFENDANT CONVERGENT OUTSOURCING, INC.'S TIME TO RESPOND TO COMPLAINT**