GINA M. MUSHMECHE, ESQ.
Nevada Bar No. 11611
KRAVITZ, SCHNITZER, & JOHNSON, CHTD
8985 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
Telephone: 702-362-6666
Facsimile: 702-362-2203
gmushmeche@kssattorneys.com

Attorneys for Defendant iEnergizer, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CARISSA CHRISTENSEN,<br><br>          Plaintiff,<br><br>v.<br><br>ALORICA, INC.; IENERGIZER; AND CONVERGENT OUTSOURCING, INC.,<br><br>          Defendants. | Case No. 2:20-cv-00015-KJD-BNW<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR IENERGIZER, INC. TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>[**THIRD REQUEST FOR EXTENSION**] |

COMES NOW, Defendant iEnergizer, Inc., incorrectly named in the First Amended Complaint and sued as "iEnergizer" ("Defendant"), and Plaintiff, Carissa Christensen ("Plaintiff"), by and through their respective counsel of record, stipulate and agree to extend the deadline to May 4, 2020, for Defendant to answer or otherwise plead in response to Plaintiff's First Amended Complaint.

This is the Defendant's third request for an extension, which is requested to allow the Parties to complete negotiations regarding the possibility of a resolution. Plaintiff has no opposition to Defendant's request for an extension.

No additional requests for extensions are contemplated.

**IT IS SO STIPULATED.**

///

1029239\305549185.v1

DATED this 27th day of April, 2020.

| | |
|---|---|
| PRICE LAW GROUP, APC | KRAVITZ, SCHNITZER & JOHNSON, CHTD |
| */s/ Steven Alpert* <br> Steven Alpert, Esq. <br> Nevada Bar No. 8353 <br> 5940 S. Rainbow Blvd., Suite 3014 <br> Las Vegas, NV 89118 <br> Telephone: 702-794-2008 <br> *Attorneys for Plaintiff* | */s/ Gina M. Mushmeche* <br> Gina M. Mushmeche, Esq. <br> Nevada Bar No. 11611 <br> 8985 S. Eastern Avenue, Suite 200 <br> Las Vegas, Nevada 89123 <br> Tel: 702-362-6666 <br> *Attorneys for Defendant iEnergizer, Inc.* |

LIPSON NEILSON P.C.

*/s/ Jessica A. Green*
Jessica A. Green, Esq.
Nevada Bar No. 12383
9900 Covington Cross Dr., Ste. 120
Las Vegas, NV 89114
Telephone: 702-382-1500
jgreen@lipsonneilson.com
*Attorneys for Defendant Alorica, Inc.*

**<u>ORDER</u>**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 4/28/2020

2