Steven Alpert (NV Bar #: 8353)
PRICE LAW GROUP, APC
5940 S. Rainbow Blvd, Suite 3014
Las Vegas, NV 89118
T:(702)794−2008
E: alpert@pricelawgroup.com
Attorneys for Plaintiff,
CARISSA CHRISTENSEN

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

CARISSA CHRISTENSEN,

        Plaintiff,

v.

ALORICA, INC., et al.,

        Defendants.

Case No. 2:20-cv-00015-KJD-BNW

**JOINT PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER**

**SPECIAL SCHEDULING REVIEW REQUESTED**

      Pursuant to Local Rule 26-1(b), Plaintiff Carissa Christensen ("Plaintiff"), and Defendants Alorica, Inc. ("Alorica"), and Convergent Outsourcing, Inc. ("Convergent") (herein collectively the "Parties"), by and through undersigned counsel, hereby submit their Joint Proposed Discovery Plan and Scheduling Order for this Court's review and approval.

**1.    Special Scheduling Review**

      The Parties request this Court consider a special scheduling request. Defendant Alorica filed its Motion to Dismiss [Dkt. No. 8] to Plaintiff's First Amended Complaint on February 18, 2020. The Motion to Dismiss triggered the deadlines pursuant to Nevada LR 26-1(a), which set the Parties 26(f) meeting deadline at March 19, 2020. Defendants

iEnergizer and Convergent made their first appearances in this matter following the deadline to hold the 26(f) meeting. The Parties could not have engaged in the 26(f) meeting before April 13, 2020, therefore, the set deadlines pursuant to LR 26-1(b) are not feasible. Furthermore, the COVID-19 pandemic restricts travel and many of the corporate defendants are operating below 50% capacity.

Therefore, the Parties request proposed deadlines set forth in Paragraph 4 of this Joint discovery plan.

2. **A listing of contemplated motions and statement of the issues to be decided by these motions.**

**Plaintiff:**

Plaintiff anticipates filing a Motion for Summary Judgment against Defendants as to liability, and if necessary any discovery motions and motions in limine.

**Defendant Alorica**:

As mentioned above, Alorica has filed a Motion to Dismiss the claims brought by Plaintiff.  The Motion is currently pending before the Court.  As further detailed in the Motion, the First Amended Complaint ("FAC") does not contain a single specific factual allegation about conduct allegedly engaged in by Alorica.  Instead, the broad allegations made in the FAC improperly lumps all the defendants, although unrelated, together and therefore, fails to provide Alorica with fair notice of the exact factual allegations asserted against it in violation of Rule 8 of the Federal Rules of Civil Procedure.  Depending on the outcome of Alorica's pending Motion to Dismiss, Alorica reserves the right to bring other motions, including a motion for summary judgment.

JOINT PROPOSED DISCOVERY PLAN
AND SCHEDULING ORDER

**Defendant Convergent:**

Convergent anticipates filing a Motion for Summary Judgment regarding liability, and/or discovery motions, depending on information received in discovery.  Convergent is currently assessing whether a motion to transfer venue is appropriate.

**3.** **Whether the Parties have exchanged initial disclosure statements under Rule 26(a)**

The Parties have not exchanged initial disclosures. The Parties have agreed to exchange initial disclosures on or before May 27, 2020.

**4.** **Proposed Schedule:**

(1)     **Non-expert Discovery cut off**: February 26, 2021

(2)     **Amending the Pleadings and Adding Parties**: September 18, 2020

(3)     **Expert Disclosure deadline**: February 26, 2021

**Rebuttal deadline**: April 2, 2021

**Expert Discovery deadline**: May 21, 2021

(4)     **Dispositive Motions deadline**: June 25, 2021

(5)     **Pretrial Order deadline**: September 30, 2021

(6)     **Pretrial disclosures**: September 30, 2021

(7)     **Alternative Dispute Resolution (ADR)**:

The parties prefer to formally request the assistance of the Court in scheduling ADR or Mediation if it appears that it could assist in resolving the case.

(8)     **Alternative Forms of Case Disposition**:

The Parties certify that they considered consent to trial by Magistrate Judge. The

JOINT PROPOSED DISCOVERY PLAN
AND SCHEDULING ORDER

1    Parties **do not** consent to reference of this case to a Magistrate Judge for trial.

2
         (9)    **Electronic Evidence**:
3
     The Parties consent to the use of evidence in electronic format to jurors for the purposes of
4
     jury deliberations.
5
     IT IS ORDERED that ECF No. 34 is DENIED. The Court is sympathetic to the delays
6    that COVID-19 has caused and is causing parties. Still, the Court asks parties to
     move forward with their cases to the extent they can in a safe manner. Therefore, IT
7    IS FURTHER ORDERED that the parties must file a new, proposed discovery plan
8    and scheduling order by 5/22/2020 that complies with LR 26-1. The parties may
     seek up to an additional 60 days beyond the standard discovery plan (and if they
9    cannot safely complete discovery in that time, they may seek extensions in the
10   future).

11   **IT IS SO ORDERED**

12   **DATED: May 14, 2020**

13

14

15   _____

16   **BRENDA WEKSLER**
     **UNITED STATES MAGISTRATE JUDGE**
17

18

19

20

21

22

23

24

25

26

27

28

                                            JOINT PROPOSED DISCOVERY PLAN
                                            AND SCHEDULING ORDER

Respectfully submitted this 14th day of May 2020,

BY:/s/Steven Alpert
Steven Alpert, NV Bar No. 8353
PRICE LAW GROUP, APC
5940 S. Rainbow Blvd Suite 3014
Las Vegas, NV 89118
T:(702)794−2008
E: alpert@pricelawgroup.com

Attorneys for Plaintiff,
CARISSA CHRISTENSEN

BY: Leonard T. Fink
Leonard T. Fink, NV Bar No. 6296
SPRINGEL & FINK LLP
9075 W. Diablo Drive, Suite 302
Las Vegas, NV 89148
T: (702) 804-0706
F: (702) 804-0798
E: lfink@springelfink.com

Attorneys for Defendant,
CONVERGENT OUTSOURCING, INC.

BY: Joseph P. Garin
Joseph P. Garin, NV Bar No. 6653
E: jgarin@lipsonneilson.com
Jessica A. Green, NV Bar No. 12383
E: jgreen@lipsonneilson,com
LIPSON NEILSON P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
T: (702) 382-1500
F: (702) 382-1512

Tomio B. Narita
E: tnarita@snllp.com
Leanne Yu, Esq.
E: LYu@snllp.com
(Admitted *pro hac vice*)
SIMMONDS & NARITA, LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104
T: (415) 283-1010

Attorneys for Defendant
ALORICA, INC

JOINT PROPOSED DISCOVERY PLAN
AND SCHEDULING ORDER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 14, 2020, I electronically filed the foregoing document with the Clerk of the Court using the ECF system. Notice of such filing will be sent to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

PRICE LAW GROUP, APC

By: /s/ *Florence Lirato*

JOINT PROPOSED DISCOVERY PLAN
AND SCHEDULING ORDER